THE STATE OF OHIO, APPELLEE, *v.* BASS, APPELLANT.

[Cite as *State v. Bass,* 96 Ohio St.3d 336, 2002-Ohio-4725.]

(Nos. 2001–1370 and 2001–1555—Submitted August 27, 2002—Decided September 18, 2002.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Bush,* 96 Ohio St.3d 235, 2002-Ohio-3993, 773 N.E.2d 522. The cause is remanded to the court of appeals so that it may properly address the merits of appellant's motion to withdraw her plea.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Raymond F. Grove, for appellant.